IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02084-RPM

CHRISTOPHER COSE,

    Plaintiff,

v.

SERGEANT SAMUEL STEWART, in his individual capacity, and
OFFICER NICHOLAS FLATEN, in his individual capacity,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [Doc. 17], it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys fees and costs.

    DATED:  March 12th, 2015

                                             BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge